**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE, | No. C 13-0642 SBA (PR) |
| Plaintiff. | **ORDER OF TRANSFER** |
| v. | |
| ESOLA C. and SHARON BUTLER TRENONE, | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner incarcerated at Central California Women's Facility located in Corona, California, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. Although it is difficult to understand Plaintiff's allegations, it appears that the acts complained of occurred at Central California Women's Facility, which is located in the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith. If any other documents are filed by Plaintiff in this case, the Clerk is directed to forward them to the Clerk of the United States District Court for the

Central District of California. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 6/12/13

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.13\White 13-642 CR Tran.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HORTENSE WHITE,

        Plaintiff,

  v.

/ et al,

        Defendant.
                                              /

Case Number: CV13-00642 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hortense White W-82144
Central California Women's Facility
Room 111-1Low,Q82144
16756 Chino Corona Rd
Corona, CA 92880

Dated: June 12, 2013

                                      Richard W. Wieking, Clerk
                                      By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.13\White 13-642 CR Tran.wpd                    2